IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CIVIL ACTION

WENDY BLOCKER
88 Ashvale Drive,
Smyrna, DE 19977
*Plaintiff*

v.

CASE NUMBER

AMILCAR CARRANZA
101 NE 41st Street
Oakland Park, FL 33334
and
GLOBAL ENTERPRISES & LOGISTICS, INC.
18851 NE 29th Street,
Aventura, FL 33180
and
RYDER TRUCK RENTAL, INC.
11690 NW 105th Street,
Miami, FL 33178
and
XYZ CORPORATION 1-5
and
ABC PARTNERSHIP 1-5
and
JOHN DOE 1-5
and
JANE DOE 1-5
*Defendants.*

Jury Trial Demanded

**COMPLAINT**

Wendy Blocker, by and through her undersigned counsel, avers as follows:

1. Statement of Jurisdiction: This court has diversity jurisdiction under 28 U.S.C. § 1332, as the plaintiff is a citizen of the State of Delaware and defendants are citizens of the State of Florida and complete diversity exists between plaintiff and defendants. The amount in controversy without interest and costs exceeds the sum or value specified under 28 U.S.C. § 1332. Venue is properly laid within the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1391(b), as a substantial part of the events, facts and claims involved herein arose within this District.

**Parties**

2. Plaintiff, Wendy Blocker, is an adult individual residing at 88 Ashvale Drive, Smyrna, DE 19977.

3. Defendant, Amilcar Carranza, is an adult individual and citizen of the State of Florida residing at 101 NE 41st Street, Oakland Park, FL 33334.

3. Defendant, Global Enterprises & Logistics, Inc., is, upon information and belief, a corporation existing under the laws and incorporated in the State of Florida, with its principal place of business located at 18851 NE 29th Street, Aventura, FL 33180.

4. Defendant, Ryder Truck Rental, Inc., is, upon information and belief, a corporation existing under the laws and incorporated in the State of Florida, with its principal place of business located at 11690 NW 105th Street, Miami, FL 33178.

**Statement of Claim**

5. The facts and occurrences herein stated took place on or about November 16, 2018 at about 4:58 p.m. in Maple Shade, New Jersey.

6. At the aforementioned time and place, plaintiff, Wendy Blocker, was operating a motor vehicle on Route 73.

7. At the aforementioned time and place, defendant, Amilcar Carranza, was operating a large tractor-trailer owned by defendant, Ryder Rental Truck, Inc. on Route 73.

8. At the aforementioned time and place, defendant, Amilcar Carranza, was operating said tractor-trailer in the course and scope and on behalf of defendant, Global Enterprises & Logistics, Inc.

9. At the aforesaid time and place, due to the negligence of defendants, a violent collision occurred when defendant, Amilcar Carranza, failed to keep the tractor-trailer in the proper lane of travel and struck plaintiff's vehicle, causing plaintiff to sustain severe personal injuries and other damages as more fully set forth below.

**COUNT I - NEGLIGENCE**

**Plaintiff, Wendy Blocker v. Defendant, Amilcar Carranza, John Doe 1-5, and Jane Doe 1-5**

10. Plaintiff incorporates by reference all preceding paragraphs of this Complaint as though fully set forth at length.

11. The negligence of the defendant consisted of:

a. operating his vehicle at an excessive rate of speed under the circumstances;

b. failing to have his vehicle under proper and adequate control;

c. failing to apply the brakes in time to avoid a collision;

d. negligently applying the brakes;

e. failing to observe the plaintiffs' vehicle on the highway;

f. failing to operate his vehicle in accordance with existing traffic conditions and traffic controls;

g. failing to drive at a speed and in a manner consistent with keeping the vehicle under control;

h. failing to keep a reasonable lookout for other vehicles lawfully on the road;

i. operating the vehicle in a manner not consistent with the road and weather conditions prevailing at the time;

j. failing to have his vehicle under proper and adequate control and failing to keep the vehicle in the proper lane of travel;

k. otherwise operating said vehicle in a negligent manner and in a manner violating the motor vehicle code of the State of New Jersey.

12. The accident was caused by the negligence of the defendant, and was in no way caused by the plaintiff.

13. As a result of the aforesaid accident, plaintiff suffered severe injuries, which included, but were not limited to injuries to her head, shoulders, knees, right side, lumbar spine and cervical spine including cervical disc herniations at C3-4, C5-6, and C6-7, cervical radiculopathy with injuries to her cervical and lumbar discs and nerves and nervous system.

14. As a direct result of the aforesaid injury, plaintiff suffered severe shock to her nervous system, great physical pain, and mental anguish, all of which may continue for an indefinite period of time into the future.

15. As a result of her injuries, plaintiff has undergone in the past and will in the future continue to undergo great pain and suffering.

16. As a result of her injuries, plaintiff may have suffered a permanent disability and permanent impairment of her earning power and capacity.

17. As a result of her injuries, plaintiff may have suffered a permanent diminution of her ability to enjoy life and life's pleasures.

18. As a result of her injuries, plaintiff may have incurred unreimbursed wage losses and medical expenses.

19. As a result of her injuries, plaintiff may in the future incur medical expenses and income loss.

20. As a result of this accident, plaintiff has incurred other losses, including but not limited to property damage.

21. As a direct result of the injury, plaintiff has been prevented from attending to her usual duties and obligations, and believes that she may be prevented from so doing in the future, as her injuries seem to be permanent in nature.

WHEREFORE, plaintiff demands judgment against defendants, jointly and severally, in an amount in excess of One Hundred Fifty Thousand Dollars ($150,000.00) and in excess of the compulsory arbitration limit of this Court.

**COUNT II - NEGLIGENT ENTRUSTMENT**

**Plaintiff, Wendy Blocker v. Defendants, Global Enterprises & Logistics, Inc., Ryder Rental Truck, Inc, XYZ Corporation 1-5, and ABC Partnership 1-5**

22. Plaintiff incorporates by reference all preceding paragraphs of this Complaint as though fully set forth at length.

23. Herein named defendants were negligent and careless in the following ways:

a.. Defendants entrusted the motor vehicle for which they owned, insured, leased and/or rented, to defendant, Amilcar Carranza, after they knew or should have known that he was not competent to operate the motor vehicle in a safe manner; and

b. Defendants allowed defendant, Amilcar Carranza, to operate the motor vehicle, which motor vehicle was operated in a careless and/or negligent fashion as stated herein.

WHEREFORE, plaintiff demands judgment against defendants, jointly and severally, in an amount in excess of One Hundred Fifty Thousand Dollars ($150,000.00) and in excess of the compulsory arbitration limit of this Court.

**COUNT III - VICARIOUS LIABILITY**

**Plaintiff, Wendy Blocker v. Defendants, Global Enterprises & Logistics, Inc., Ryder Rental Truck, Inc, XYZ Corporation 1-5, and ABC Partnership 1-5**

24. Plaintiff incorporates by reference all preceding paragraphs of this Complaint as though fully set forth at length.

25. Herein named defendants are vicariously liable to plaintiff for the injuries plaintiff sustained as a result of their agents, servants, workmen, and/or employees, including defendant, Amilcar Carranza, whose conduct was under their control or right of control and directly caused harm to plaintiff as described herein.

WHEREFORE, plaintiff demands judgment against defendants, jointly and severally, in an amount in excess of One Hundred Fifty Thousand Dollars ($150,000.00) and in excess of the compulsory arbitration limit of this Court.

                                                             SACCHETTA & BALDINO

Date: October 13, 2020          By:    /s/ Gerald B. Baldino, Jr.
                                                              Gerald B. Baldino, Jr., Esquire
                                                              SACCHETTA & BALDINO
                                                              24 South Broad Street
                                                              Woodbury, NJ 08096
                                                              (856) 845-4400
                                                              Attorney for Plaintiff