UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WENDY BLOCKER : | |
|     Plaintiff, : | |
| v. : | Case No.: 1:20-cv-14331-NLH-AMD |
| : | |
| AMILCAR CARRANZA, et al. : | Magistrate Judge Ann Marie Donio |
|     Defendant. : | |

### PLAINTIFF'S DISCLOSURES PURUSANT TO
### L. Civ. R. 7.1.1(a)(1-3)

Plaintiff, Wendy Blocker, by and through her undersigned counsel, hereby certifies, pursuant to L. Civ. R. 7.1.1(a)(1-3), that there is no person or entity that is not a party providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

                                                                              */s/ Gerald B. Baldino Jr.*
                                                                              Gerald B. Baldino, Jr., Esquire
                                                                              SACCHETTA & BALDINO
                                                                              308 E. 2nd Street
                                                                              Media, PA 19063
                                                                              (610) 891-9212

Dated: July 14, 2021

## CERTIFICATION OF SERVICE

Gerald B. Baldino, Jr., Esquire hereby certifies that a copy of the foregoing will be served upon the following counsel for the defendants via this Court's e-filing system:

John M. Campbell, Esquire
Darren L. Harrison, Esquire
CIPRIANI & WERNER PC
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
P: (610) 567-0700
F: (610) 567-0712

/s/ Gerald B. Baldino Jr.
Gerald B. Baldino, Jr., Esquire
SACCHETTA & BALDINO
308 E. 2nd Street
Media, PA 19063
(610) 891–9212

Dated: July 14, 2021